O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LISA MISRAJE BENTLEY, | Case No. 5:13-cv-00950-ODW(OPx) |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |
| v. | |
| JAMES RANDALL ARGUE; DAVID BRADSHAW; RALPH LINHARDT; MICHAEL H. RAMSEY; JACK ONG; JOHN DAVID WARE; DOES 1–10, inclusive, | |
| Defendants. | |

On May 23, 2013, Plaintiff Lisa Misraje Bentley filed a Complaint against Defendants. The Clerk of Court issued a Summons the same day. Federal Rule of Civil Procedure 4(m) provides that the court "must" dismiss an action if a defendant has not been served within 120 days after the plaintiff files her complaint, unless the plaintiff can show good cause for the delay. Plaintiff therefore had to serve Defendants by September 20, 2013—120 days after May 23, 2013. To date, Plaintiff has not filed a single proof of service.

The Court therefore **ORDERS** Plaintiff **TO SHOW CAUSE** by **Thursday, October 10, 2013**, why the Court should not dismiss her case for lack of prosecution. No hearing will be held. The Court will discharge this Order upon a written statement

demonstrating good cause or valid proofs of service for each Defendant. Failure to timely respond will result in dismissal of this action.

**IT IS SO ORDERED.**

October 3, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**