**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA MISRAJE BENTLEY,<br><br>              Plaintiff,<br>    v.<br>JAMES RANDALL ARGUE; DAVID BRADSHAW; RALPH LINHARDT; MICHAEL H. RAMSEY; JACK ONG; JOHN DAVID WARE; DOES 1–10, inclusive,<br><br>              Defendants. | Case No. 5:13-cv-00950-ODW(OPx)<br><br>**ORDER GRANTING REQUEST TO STAY ACTION [24] AND ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On November 12, 2013, the parties to this action filed a Stipulated Notice of Pending Settlement and Request to Stay Action. (ECF No. 24.) They indicate that they have preliminarily reached a settlement and need 30 days to finalize the settlement details. They also request that the Court stay the action in the interim.

The Court **GRANTS** the parties' Request and consequently **STAYS** this case until further order by the Court.

The Court also **ORDERS** the parties to **SHOW CAUSE** by **Friday, December 13, 2013**, why settlement has not been finalized in this case. No hearing will be held.

1  The Court will discharge this Order upon filing of a stipulated dismissal or proposed
2  dismissal order.

3 **IT IS SO ORDERED.**

5  November 13, 2013

7  _____
8  **OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**