O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MISRAJE BENTLEY,<br><br>                Plaintiff,<br>     v.<br><br>JAMES RANDALL ARGUE; DAVID BRADSHAW; RALPH LINHARDT; MICHAEL H. RAMSEY; JACK ONG; JOHN DAVID WARE; DOES 1–10, inclusive,<br><br>                Defendants. | Case No. 5:13-cv-00950-ODW(OPx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

On January 15, 2014, Plaintiff served Defendant Jack Ong, thereby making Ong's answer or other response due by February 5, 2014. (ECF No. 33); Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this Order, the Court has received no response from Ong. The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Monday, February 10, 2014**, why she has not moved for entry of default with the Clerk of Court. No hearing will be held.

The Court notes that this is the *seventh* Order to Show Cause that the Court has had to issue in this case. It is not the Court's responsibility to prosecute Bentley's action for her. Continued failure to timely prosecute will result in dismissal. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to

dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted.").

The Court also reminds Bentley that she must refile her default-judgment motions that the Court struck on February 4, 2014, to comply with the Court's January 27, 2014 Order to Show Cause.  (*See* ECF Nos. 43–47.)  Bentley must notice a hearing date for the motions when she refiles them.  *See* C.D. Cal. L.R. 6-1.

**IT IS SO ORDERED.**

February 6, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**